IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ICON HEALTH & FITNESS, INC., a Delaware corporation,<br><br>    Plaintiff,<br>v.<br><br>SOURCE NETWORK SALES AND MARKETING, INC., a Texas corporation,<br><br>    Defendant. | Civil Action No. 4:11-cv-271<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Jury Demanded<br><br>Honorable Judge Ron Clark |

NOTICE is hereby given that I, Cara J. Baldwin, have left the employ of Workman Nydegger and am withdrawing as counsel for Plaintiff ICON Health & Fitness, Inc. ("Plaintiff") in the above-captioned action.  Plaintiff will continue to be represented in this matter by Germer Gertz (Lawrence L. Germer and Charles W. Goehringer) and Workman Nydegger (David R. Wright, R. Parrish Freeman and H. Craig Hall).

DATED:  August 9, 2011.

               */s/ Cara J. Baldwin*
               LAWRENCE LOUIS GERMER
               Texas State Bar No. 07824000
               e-mail: llgermer@germer.com
               CHARLES W. GOEHRINGER, JR.
               Texas State Bar No. 00793817
               e-mail: cwgoehringer@germer.com
               GERMER GERTZ, L.L.P.
               550 Fannin, Suite 400
               Beaumont, Texas 77701
               (409) 654-6700 - Telephone
               (409) 835-2115 - Facsimile
               e-mail: llgermer@germer.com

**NOTICE OF WITHDRAWAL OF COUNSEL**

*Of counsel:*

**David R. Wright** *(admitted pro hac vice)*
Utah Bar No. 5164
e-mail: dwright@wnlaw.com
**R. Parrish Freeman** *(admitted pro hac vice)*
Utah Bar No. 7529
e-mail: pfreeman@wnlaw.com
**H. Craig Hall, Jr.** *(previously admitted to the Eastern District of Texas)*
Utah Bar No. 8691
e-mail: chall@wnlaw.com
**Cara J. Baldwin** *(admitted pro hac vice)*
Utah Bar No. 11863
e-mail: cbaldwin@wnlaw.com
**WORKMAN NYDEGGER**
60 East South Temple, Suite 1000
Salt Lake City, Utah 84111
(801) 533-9800 - Telephone
(801) 321-1707 - Facsimile

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 9, 2011, the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** was electronically filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Bryan Haynes (bryan.haynes@solidcounsel.com)

John G Fischer (john.fischer@solidcounsel.com)

Eric Charles Wood (eric.wood@solidcounsel.com)

*/s/ Cara J. Baldwin*