IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ICON HEALTH & FITNESS, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 4:11-CV-271 |
| v. | § | |
| | § | |
| SOURCE NETWORK SALES & MARKETING, INC., | § | JUDGE RON CLARK |
| | § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The court is of the opinion that the stipulation should be entered, and Plaintiff's claims dismissed.

IT IS THEREFORE ORDERED that Plaintiff ICON Health & Fitness, Inc.'s claims against Defendant Source Network Sales and Marketing, Inc., are DISMISSED WITH PREJUDICE. Unless the parties have agreed otherwise, costs shall be borne by the party incurring the same.

So **ORDERED** and **SIGNED** this **26** day of **August, 2011.**

_____
Ron Clark, United States District Judge